**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

| | | |
|---|---|---|
| SIEMENS ENERGY, INC.,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARKEL INSURANCE CO.,<br><br>　　　　Defendant. | § § § § § § § § § § § § § | Civil Action No. 21-1063-KWR-KK |
| | | *CONSOLIDATED WITH* |
| UNITED STATES OF AMERICA,<br>for the use of SIERRA CANYON<br>CONSTRUCTION, LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>MARKEL INSURANCE CO., et al.,<br><br>　　　　Defendants. | § § § § § § § § § § § § § § | Civil Action No. 21-00974-KWR-KK |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by Plaintiff/Counterclaim-Defendant/Cross-Claimant Siemens Energy, Inc. and Defendant/Counterclaimant/Cross-Claim Defendant Markel Insurance Company that the above-captioned consolidated actions (including all claims, counterclaims, and cross-claims) shall be, and are hereby, DISMISSED WITH PREJUDICE. Each party shall bear its own fees and costs.

Dated: November 1, 2022

| | |
|---|---|
| By: /s/ Eric J. Goldberg | By: /s/ Christopher R. Ward |
| Robert L. Joyce (admitted *pro hac vice*) | Christopher R. Ward |
| Eric J. Goldberg (admitted *pro hac vice*) | Ryan B. DeLaune |
| LITTLETON PARK JOYCE UGHETTA & KELLY LLP | CLARK HILL PLC |
| 39 Broadway, 29th Floor | 2600 Dallas Parkway, Ste. 600 |
| New York, NY 10006 | Frisco, Texas 75034 |
| Tel: (212) 404-5777 | Tel:    (469) 287-3956 |
| Fax: (212) 232-0088 | Fax:   (469) 227-6596 |
| Robert.Joyce@littletonpark.com | cward@clarkhill.com |
| Eric.Goldberg@littletonpark.com | rdelaune@clarkhill.com |
| | |
| Alex C. Walker | Kevin M. Sexton, Esq. |
| Liliana Benitez De Luna | Resnick & Louis, P.C. |
| MODRALL SPERLING ROEHL HARRIS & SISK | 5600 Eubank Blvd NE, Suite 220 |
| 500 Fourth Street NW, Suite 1000 | Albuquerque, NM 87111 |
| Albuquerque, New Mexico 87103 | |
| (505) 848-1800 | |
| | |
| *Counsel for Siemens Energy, Inc.* | *Counsel for Markel Insurance Company* |

WE HEREBY CERTIFY that on this 1st day of November, 2022, we filed the foregoing electronically through the CM/ECF system, which caused all parties or counsel to be served by electronic means, as more fully reflected in the Notice of Electronic Filing.

LITTLETON PARK JOYCE UGHETTA & KELLY LLP

By: */s/ Eric J. Goldberg*
    Eric J. Goldberg